UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMEEN MAKLANI, as successor in interest of her mother, NORMA KASSIM, deceased,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 1:25-cv-01027-BAM<br><br>ORDER TO SHOW CAUSE WHY ADAM J. KRESS'S PRO HAC VICE STATUS SHOULD NOT BE DENIED<br><br>(Doc. 4)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Yasmeen Maklani, as successor in interest of her mother, Norma Kassim, deceased, initiated this wrongful death and survival action based on negligence and strict products liability on August 14, 2025. (Doc. 1.) On August 25, 2025, Adam J. Kress filed an application to appear and participate pro hac vice in this action on behalf of Plaintiff Maklani. (Doc. 4.)

Local Rule 180 governs the admission of attorneys to practice pro hac vice in this Court. Pursuant to Local Rule 180(b)(2),

> Unless authorized by the Constitution of the United States or an Act of Congress, an attorney is not eligible to practice [pro hac vice] if any one or more of the following apply: (i) the attorney resides in California, (ii) the attorney is regularly employed in California, or (iii) the attorney is regularly engaged in professional activities in California.

L.R. 180(b)(2).

1  According to the application and Court records, Mr. Kress recently has made pro hac vice applications to this Court in the following matters, which have been granted: (1) *Lee v. Igloo Products, Corp.*, 2:25-cv-01526-JAM-CSK; and (2) *Jerry v. Sunbeam Products, Inc., et al.*, 2:25-cv-01536-TLN-JDP.  (Doc. 4 at 1.)  Frequent applications for admission pro hac vice may indicate that an attorney is regularly engaged in professional activities in California in violation of Local Rule 180(b)(2).  *See, e.g., Guguni v. Chertoff,* 2008 WL 2080788, at *1 (N.D. Cal. May 14, 2008); *Mendoza v. Golden West Sav. Ass'n Services Co.*, 2009 WL 2050486, at *1-2 (C.D. Cal. July 7, 2009); *Ang v. Bimbo Bakeries USA, Inc.,* 2015 WL 1474866, at *2-3 (N.D. Cal. Jan. 14, 2015).

Accordingly, Adam J. Kress is HEREBY ORDERED to SHOW CAUSE why his admission pro hac vice should not be denied on the basis that he is regularly engaged in professional activities in California.  Mr. Kress shall file a written response to this order to show cause within **fourteen (14) days** of service of this order.

**Failure to respond to this order to show cause may result in the imposition of sanctions, including denial of the pro hac vice application.**

IT IS SO ORDERED.

Dated:   **August 26, 2025**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

2