Jordon R. Harlan, Esq. (CA #273978)
**HARLAN HILLIER DIGIACCO LLP**
701 Island Avenue, Second Floor
San Diego, CA 92101
Telephone: (619) 330-5120
Fax: (619) 839-3895
Email: jordon@hhdlaw.com

Michael K. Johnson, Esq. (MN #0258696)
*Pro Hac Vice Pending*
Anna R. Rick, Esq. (MN #0401065)
*Admitted Pro Hac Vice*
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
mjohnson@johnsonbecker.com
arick@johnsonbecker.com

***Attorneys for Plaintiff, Yasmeen Maklani***

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### Fresno Division

| | |
|---|---|
| **YASMEEN MAKLANI**, as successor in interest of her mother, **NORMA KASSIM**, deceased,<br><br>Plaintiff,<br><br>v.<br><br>**AMAZON.COM, INC.**, a Washington Corporation,<br><br>Defendant. | Case No.: 1:25-cv-01027-BAM<br><br>**28 U.S.C. § 1746 DECLARATION OF ADAM J. KRESS IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND NOTICE OF WITHDRAWAL OF THE *PRO HAC VICE* APPLICATION OF ADAM J. KRESS** |

1

*28 U.S.C. § 1746 DECLARATION OF ADAM J. KRESS IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND NOTICE OF WITHDRAWAL OF THE PRO HAC VICE APPLICATION OF ADAM J. KRESS*

I, Adam J. Kress, declare, in accordance with 28 U.S.C. § 1746, under penalty of perjury, as follows:

1. I am an attorney with the law firm of Johnson Becker, PLLC, located in St. Paul, Minnesota, which represents the Plaintiff in the above-entitled matter. My firm is associated locally with Harlan Hillier DiGiacco LLP. I am over the age of 18 and familiar with the facts of this case.

2. I submit this Declaration in Response to the Court's August 26, 2025 Order to Show Cause regarding my Application to appear *pro hac vice* in this matter.

3. I have read the Court's Order and Local Rule 180(b)(2), and am cognizant of the Court's concern that "[f]requent applications for admission pro hac vice may indicate that an attorney is regularly engaged in professional activities in California."

4. In light of the Court's concern that my participating in this matter may constitute the regular engagement of professional activities in California, I humbly and respectfully withdraw my application to appear in this matter *pro hac vice*.

DATED: August 29, 2025

Adam J. Kress, Esq.