

# United States District Court
# Eastern District of California

| Yasmeen Maklani |
|---|
Plaintiff(s)

V.

| Amazon.com, Inc. |
|---|
Defendant(s)

Case Number:  | 1:25-cv-01027-BAM |

APPLICATION FOR PRO HAC
VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Michael K. Johnson, Esq. hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Plaintiff, Yasmeen Maklani

On 08/27/1995 (date), I was admitted to practice and presently in good standing in the
The District of Minnesota (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date: August 29, 2025            Signature of Applicant: /s/ Michael K. Johnson

**Pro Hac Vice Attorney**

Applicant's Name: Michael K. Johnson, Esq.

Law Firm Name: Johnson Becker, PLLC

Address: 444 Cedar Street, Suite 1800

City: Saint Paul     State: MN     Zip: 55101

Phone Number w/Area Code: 6124361802

City and State of Residence: Saint Paul, MN

Primary E-mail Address: mjohnson@johnsonbecker.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jordon R. Harlan, Esq

Law Firm Name: Harlan Hillier DiGiacco LLP

Address: 701 Island Avenue, Second Floor

City: San Diego     State: CA     Zip: 92101

Phone Number w/Area Code: 619.330.5120     Bar # 273978

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **September 2, 2025**        /s/ Barbara A. McAuliffe

JUDGE, U.S. DISTRICT COURT