UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMEEN MAKLANI, as successor in interest of her mother, NORMA KASSIM, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM INC.,<br><br>Defendant. | Case No. 1:25-cv-01027-KES-FJS<br><br>ORDER SETTING STATUS CONFERENCE<br><br>(ECF No. 26) |

On October 14, 2026, the parties filed a stipulation to amend the scheduling order. (ECF No. 26.) The stipulation requested extending the deadlines for expert disclosures, supplemental expert disclosures, discovery, and pretrial motions, while maintaining the current pretrial conference and trial dates. (ECF No. 26.) Given the proposed deadlines and the current dates for the pretrial conference and trial, the court finds it appropriate to set a status conference to discuss the proposed deadlines.

Accordingly, it is HEREBY ORDERED as follows:

1. A status conference is set for October 27, 2026, at 11:00 a.m. in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

2. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **October 19, 2026**

UNITED STATES MAGISTRATE JUDGE