UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMEEN MAKLANI, *as successor in interest of her mother,* NORMA KASSIM,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC.<br><br>Defendant. | Case No. 1:25-cv-01027-KES-FJS<br><br>ORDER RE: STIPULATION TO MODIFY CERTAIN CASE DEADLINES<br><br>(ECF No. 26) |

On October 27, 2026, the Parties appeared for a status conference to discuss the October 14, 2026, joint stipulation (ECF No. 26) to modify certain case deadlines. Counsel Anna R. Rick appeared on behalf of Plaintiff Yasmeen Maklani. Counsel Jacob Logan Speckhard appeared on behalf of Defendant Amazon.com, Inc.

Based on the agreement of the Parties, and for good cause appearing, the court HEREBY MODIFIES the December 17, 2025, scheduling order (ECF No. 20) as follows:

(1) Plaintiff's expert disclosure deadline shall be continued to March 30, 2027; and

(2) Defendant's expert disclosure deadline shall be continued to April 27, 2027; and

(3) Plaintiff's supplemental expert deadline shall be continued to May 18, 2027; and

(4) The deadline for the Parties to exchange both fact and expert discovery shall be continued to July 13, 2027; and

(5) The dispositive motion filing deadline is continued to August 2, 2027; and

(6) The pre-trial conference currently set for October 26, 2027, is continued to December 13, 2027, in Courtroom 6 (KES) at 1:30 PM, before United States District Judge Kirk E. Sherriff; and

(7) The trial currently set for February 1, 2028, is continued to February 8, 2028, at 8:30 A.M in Courtroom 6 (KES), before United States District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated: **October 27, 2026**

UNITED STATES MAGISTRATE JUDGE